# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **1:21-MJ-00267-SH** |
| **JOSHUA JAMES ELLARD** | § § | |

## O R D E R

Before the Court is the United States' Motion to Dismiss Complaint, filed August 23, 2021 (Dkt. 19). The Court finds the Motion to be meritorious.

Accordingly, it is **ORDERED** that the United States' Motion to Dismiss Complaint (Dkt. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order concerning Conditions of Release for Joshua James Ellard issued April 15, 2021 (Dkt. 15) is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Joshua James Ellard (Dkt. 1), is hereby **DISMISSED** without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

**SIGNED** on August 23, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE